UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPREXX SERVICES, LLC, | No. 2:16-mc-0039-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

Plaintiff Cyprexx Services, LLC ("Cyprexx") commenced this miscellaneous action and filed a motion to quash a subpoena issued by defendants Field Asset Services, Inc. and Field Asset Services, LLC ("FAS") to Cyprexx as a non-party in a civil action pending in the United States District Court for the Northern District of California, Bowerman, et al. v. Field Asset Services, Inc., et al., Case No. 13-cv-00057-WHO. (ECF Nos. 1, 2.) The subpoena, which was issued from the Northern District of California, requires production of documents in Sacramento, California. (ECF No. 2-2 at 5.) As such, Cyprexx filed a motion to quash in this district, but simultaneously requested that the motion be transferred to the Northern District of California pursuant to Federal Rule of Civil Procedure 45(f). (ECF No. 2.)

Rule 45(f) provides, in part, that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person

1

subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f).  Here, Cyprexx, the entity subject to the subpoena, consents to transfer of the motion to the Northern District of California, and in fact affirmatively requests it.  (ECF No. 2-6.)  As such, the court finds that transfer is appropriate.

    Accordingly, IT IS HEREBY ORDERED that:

1. Cyprexx's motion to quash the subpoena issued by FAS is TRANSFERRED to the Northern District of California, where the underlying action, <u>Bowerman, et al. v. Field Asset Services, Inc., et al.</u>, Case No. 13-cv-00057-WHO, is pending.
2. The Clerk of Court shall terminate the pending motion in this court (ECF No. 2) and close this miscellaneous action.

IT IS SO ORDERED.

Dated:  February 29, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2